**Jose Rafael TINEO, Suing as Jose Tineo, Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Mayo Hospital, Rochester, MN, Appellees.**

No. 05–4115.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2006.

Filed: Oct. 11, 2006.

Jose Rafael Tineo, Youngstown, OH, pro se.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal inmate Jose Tineo appeals the district court's [1] preservice dismissal of his complaint alleging medical malpractice and a violation of the Eighth Amendment. Having conducted de novo review of the dismissal, we agree with the district court's decision to dismiss the case, and we reject Tineo's arguments for reversal. *See Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.